# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSEPH GULLO,**

        **Plaintiff,**

-vs-                                                         Case No. 6:08-cv-1565-Orl-31KRS

**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION,**

        **Defendant.**
_____

## ORDER

On January 5, 2010, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 23), recommending that the final decision of the Commissioner of Social Security denying in part Plaintiff's claim for social security benefits (Doc. 1) be affirmed. Plaintiff filed timely objections to the Report (Doc. 24), which the Court finds are without merit. Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The decision of the commissioner is AFFIRMED. The Clerk is directed to enter judgment for the Defendant and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 2, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE